UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

DEBTOR(S): CHARLES RAY HEFLIN          CASE NUMBER: 09-13275

FILED
JAN - 5 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

HEARING ON: CONFIRMATION TO CHAPTER 13 PLAN
APPEARANCES: DEBTOR(S): _____ Present __X__ Absent
             DEBTOR(S) COUNSEL: Cook
             CREDITOR(s) COUNSEL: _____

## O R D E R

( ) **IT IS ORDERED** that **Confirmation** of the **Chapter 13 Plan** be **GRANTED/DENIED**.

( ) **IT IS ORDERED** that the Debtor(s) is/are granted _____ days from date of this order to:
    _____ **pay** the Chapter 13 Trustee $_____; AND/OR
    _____ file and notice an **amended plan** and pay pursuant to that amended plan; OR
    _____ voluntarily **dismiss** this Chapter 13 case; OR
    _____ **convert** this Chapter 13 case to a **Chapter 7** case;
    **FAILURE TO TAKE THE ABOVE DIRECTED ACTION(S) AND THIS CASE WILL BE DISMISSED WITHOUT FURTHER HEARING UPON THE FILING OF AN EX-PARTE MOTION BY THE STANDING TRUSTEE. SUCH DISMISSAL WILL INCLUDE A FINDING UNDER 11 U.S.C. §109(g) WHICH WILL PROHIBIT DEBTOR(S) FROM FILING ANY TYPE OF BANKRUPTCY AGAIN FOR SIX (6) MONTHS.**

( ) **IT IS ORDERED** that the above captioned **Chapter 13 Case** is hereby **CONVERTED** to a **Chapter 7 Case**.

(X) **IT IS ORDERED** that the above captioned case is hereby **DISMISSED**:
    __X__ with a finding under **11 U.S.C. §109** for failure to prosecute and/or pay (will prohibit Debtor(s) from filing any type of bankruptcy again for six (6) months).
    _____ without a finding under **11 U.S.C. §109** (no filing prohibition).

( ) **IT IS ORDERED** that the **Motion to Lift Stay** filed by _____ is hereby
    **GRANTED AS PRAYED FOR/DENIED/WITHDRAWN WITH PREJUDICE/WITHOUT PREJUDICE**.

( ) **IT IS ORDERED** that the **Motion** _____ filed by _____ is hereby
    **GRANTED AS PRAYED FOR/DENIED/WITHDRAWN WITH PREJUDICE/WITHOUT PREJUDICE**.

( ) **IT IS ORDERED** that the **Objection** _____ filed by _____ is hereby
    **SUSTAINED/OVERRULED/WITHDRAWN WITH PREJUDICE/WITHOUT PREJUDICE**.

(X) **IT IS ORDERED** that **Legal Fees** of the Debtor(s) counsel are hereby **APPROVED**:
    _____ in the amount of $_____.
    __X__ as prayed for.

( ) **IT IS ORDERED** that if the **Debtor(s) fail** to make any **future payments** to _____ and go beyond _____ days of the date they are due, _____ may submit an affidavit of default with an ex-parte motion to:
    _____ have the above captioned case **dismissed**.
    _____ have the **stay lifted**.

( ) **IT IS ORDERED** that _____

DATE OF THIS ORDER: **JANUARY 5, 2009 @ 9:00 AM**

_Stephen V. Callaway_
STEPHEN V. CALLAWAY, JUDGE
U. S. BANKRUPTCY COURT

COPY SENT: DATE: 1-6-2010  BY: _____  BNC TO NOTICE  Debtor
                                                     Atty
                                                     Trustee
                                                     UST

09-13275 - #29 File 01/05/10 Enter 01/06/10 11:35:49 Main Document Pg 1 of 1